UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEROY SIMMONS**                                                          **CIVIL ACTION**

**VERSUS**                                                                 **NUMBER: 08-3690**

**MICHAEL J. ASTRUE,**                                                     **SECTION: "B"(5)**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion is granted and that plaintiff's case is remanded to the Commissioner, reserving to plaintiff the right to move to reopen this matter if a new administrative hearing is not conducted within a reasonable period of time.

New Orleans, Louisiana, this 12th day of   November, 2008  .

UNITED STATES DISTRICT JUDGE